N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TERRY SHOULTZ,         ) | |
|     Plaintiff,   ) | |
| v.                     ) | |
|                        ) | Civ. No. 3:20-cv-0050-RLY-MPB |
| ANDREW SAUL,           ) | |
| Commissioner of Social Security, ) | |
|     Defendant.  ) | |

**JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 20th day of August, 2020.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford___
    Deputy Clerk, U.S. District Court

Distributed electronically to all ECF registered counsel of record.